IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**CKINIKIA L. MILLER HEIKKILA**,
an individual,

        Plaintiff,

        v.

**ANDREW M. SAUL**,
Commissioner of Social Security,

        Defendant.

Case No. 3:18-cv-01964-MO

ORDER AWARDING ATTORNEY FEES
PER 28 U.S.C. § 2412(d)


**MOSMAN, J.**,

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §

2412, an attorney fee in the amount of $8,056.60 is awarded to Plaintiff. It is ordered that the

attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no

debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program

as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

       //

       //

       //

       //

       //

If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at:825 NE 20th Ave., Suite 330, Portland OR 97232. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED: _____

DATED this _18_ day of February, 2020.

MICHAEL W. MOSMAN
United States District Judge