IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**CKINIKIA L. MILLER HEIKKILA,**
an individual,

                  Plaintiff,                           No. 3:18-cv-01964-MO

    v.

                                    ORDER AWARDING ATTORNEY FEES
**KILOLO KIJAKAZI**, Commissioner of              PER 28 U.S.C. § 406(b)
Social Security**,**

                  Defendant.


**MOSMAN, J.,**

      It is hereby ORDERED that, pursuant to Section 206(b)(1) of the Social Security Act, 42

§ U.S.C. 406(b)(1), an attorney fee in the amount of $78,916.48 is awarded to Plaintiff. After

credit is taken for EAJA fees paid in the amount of $8,056.60, and administrative fees requested

in the amount of $6,000.00, the net amount of the fee to be paid to Plaintiff's counsel is

$64,859.68. IT IS SO ORDERED.

      DATED this  3rd  day of January, 2024.


*Michael W. Mosman*
MICHAEL W. MOSMAN
Senior United States District Judge